1  MICHELLE A. CHILDERS (SBN 197064)
   michelle.childers@dbr.com
2  MATTHEW J. ADLER (SBN 273147)
   matthew.adler@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
4  San Francisco, CA  94105-2235
   Telephone:    (415) 591-7500
5  Facsimile:     (415) 591-7510

6  Attorneys for Defendant
   CONFLUENT MEDICAL TECHNOLOGIES, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| | |
|---|---|
| DONALD G. HAUCK, an individual; BESSIE BLANKS, an individual; SHARON WILLEY, an individual; WILLIAM ROBERTS, an individual; JOHN SZYMANSKI, an individual; HERBERT BEENE, an individual; individual; BENJAMIN LENARD, an TRULA LEVINE, an individual; ROBIN DILLOW, an individual; STEPHANIE LASTRAPES-DENNIS, an individual; MICHAEL ROUX, SR., an individual; JOSEPH D. DOUCET, an individual; BRIAN ALFRED, an individual; GERALDINE CLARK, an individual, LORI GODFREY; an individual,<br><br>        Plaintiffs,<br><br>v.<br><br>CORDIS CORPORATION, a corporation ; JOHNSON & JOHNSON, a corporation; CARDINAL HEALTH, INC., a corporation; CONFLUENT MEDICAL TECHNOLOGIES, INC., a corporation; and DOES 1 through 50,<br><br>        Defendants. | Case No. 4:16-cv-05455-EMC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT CONFLUENT MEDICAL TECHNOLOGIES, INC. TO RESPOND TO COMPLAINT** |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
86771681.1

CASE NO. 4:16-CV-05455-EMC

1  WHEREAS, Plaintiffs filed the Complaint in the Superior Court of California, County of Alameda on August 23, 2016;

2  WHEREAS, Defendant Confluent Medical Technologies, Inc. ("Confluent") was served with the Complaint on August 24, 2016;

3  WHEREAS, Defendant Cordis Corporation filed a Notice of Removal on September 23, 2016;

4  WHEREAS, a conflict has arisen with respect to counsel for Confluent;

5  WHEREAS, due to this conflict, Confluent is in the process of retaining new counsel and requires additional time to prepare its response to the Complaint;

6  WHEREAS, Plaintiffs and Confluent have met and conferred through counsel and agree that, pursuant to Local Rule 6-1, Confluent's deadline to answer or otherwise respond to the Complaint shall be continued to November 14, 2016;

7  WHEREAS, the brief extension set forth herein will not alter the date of any event or any deadline already set by the Court in this action;

8  THEREFORE, IT IS HEREBY STIPULATED by Plaintiffs and Confluent through their respective counsel that the deadline for Confluent to answer or otherwise respond to the Complaint is continued to November 14, 2016.

IT IS SO STIPULATED.

Dated: October 13, 2016                     DRINKER BIDDLE & REATH LLP

By: /s/ Matthew J. Adler
    Michelle A. Childers
    Matthew J. Adler

Attorneys for Defendant
CONFLUENT MEDICAL TECHNOLOGIES, INC.

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
86771681.1
- 2 -
CASE NO. 4:16-CV-05455-EMC

| | | |
|---|---|---|
| 1 | Dated: October 13, 2016 | LOPEZ MCHUGH LLP |

Dated: October 13, 2016				LOPEZ MCHUGH LLP

By: /s/ Matthew Ramon Lopez
    Ramon Rossi Lopez
    Matthew Ramon Lopez
    Amorina Patrice Lopez

Attorneys for Plaintiffs

**Attestation Pursuant to Civil Local Rule 5-1(i)**

Pursuant to Civil Local Rule 5-1(i), I, Matthew J. Adler, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of October, 2016 in San Francisco, California.

/s/ Matthew J. Adler
Matthew J. Adler

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
86771681.1

- 3 -

CASE NO. 4:16-CV-05455-EMC